UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| AL ANTHONY VILACASILLAS, | Case No. 3:23-cv-50296 |
| Plaintiff, | Hon. Phillip G. Reinhard |
| v. | Magistrate Judge Margaret J. Schneider |
| EDWARD ROSE ASSOCIATES, L.L.C. d/b/a "Beacon Hill Apartments", and EDWARD ROSE PROPERTIES, INC. d/b/a "Edward Rose and Sons", | |
| Defendants. | |

## **STIPULATED ORDER DISMISSING THE CASE WITH PREJUDICE**

Upon stipulation of the parties and the Court being fully advised of the premises:

IT IS HEREBY ORDERED that this matter is DISMISSED WITH PREJUDICE and with each party to bear their own attorneys' fees and costs. Entry of this order resolves all pending claims and closes the case.

SO ORDERED.

This is a final order that closes the case.

_____
PHILLIP G. REINHARD
United States District Judge

Dated:

56529915.1

STIPULATED AND AGREED TO BY:

| | |
|---|---|
| <u>*/s/ Sheryl Weikal (w/ permission) /*</u><br>Sheryl Ring Weikal (#6311043) | <u>*/s/  Haba K. Yono    /*</u><br>Haba K. Yono (P81114) (admitted *pro hac vice*) |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

56529915.1